F I L E D
Date: 03/1/10 AT WICHITA, KS
MAR 0 3 2010
CLERK
U.S. Court of Bankruptcy
By_____Creditor_Deputy

DIVIDENDS REMITTED TO THE COURT

Page: 1

Case Number 08-10636 - THOMAS JR., ROBERT LEE

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Capital Recovery II<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131 | 000004 | 570.45 | 1.16 |
| Capital Recovery II<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131 | 000005 | 734.05 | 1.49 |
| Capital Recovery II<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131 | 000008 | 537.09 | 1.09 |
| Capital Recovery II<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131 | 000009 | 1,746.73 | 3.55 |
| Capital Recovery II<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131 | 000010 | 894.47 | 1.81 |
| Capital Recovery II<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131 | 000011 | 1,805.17 | 3.67 |
| Spirit of America National Bank/Lane Bryant<br>FIRST EXPRESS<br>PO Box 856132<br>Louisville, KY 40285-6132 | 000013 | 481.33 | 0.98 |
| Spirit of America National Bank/Catherines<br>FIRST EXPRESS<br>PO Box 856044<br>Louisville, KY 40285-6044 | 000014 | 490.99 | 1.00 |
| PYOD LLC its successors and assigns as assignee of<br>Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | 000021 | 1,855.84 | 3.77 |
| PYOD LLC its successors and assigns as assignee of<br>Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | 000023 | 2,214.44 | 4.50 |
| Dell Financial Services, LLC<br>c/o Resurgent Capital Services<br>P.O. Box 10390 | 000024 | 1,979.16 | 4.02 |

# DIVIDENDS REMITTED TO THE COURT

Case Number 08-10636 - THOMAS JR., ROBERT LEE

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Greenville, SC 29603-0390 | | | |
| LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | 000029 | 595.21 | 1.21 |
| Premier Bankcard/Charter<br>PO Box 2208<br>Vacaville, CA 95696 | 000030 | 137.42 | 0.28 |
| Fia Card Services NABank of America<br>by American InfoSource LP as its agent<br>4515 N Santa Fe Ave<br>Oklahoma City OK 73118 | 000033 | 383.59 | 0.78 |
| eCAST Settlement Corporation assignee of<br>HSBC Bank Nevada and its Assigns<br>POB 35480<br>Newark NJ 07193-5480 | 000034 | 711.69 | 1.45 |
| eCAST Settlement Corporation assignee of<br>HSBC Bank Nevada and its Assigns<br>POB 35480<br>Newark NJ 07193-5480 | 000035 | 683.53 | 1.39 |
| eCAST Settlement Corporation assignee of<br>HSBC Bank Nevada and its Assigns<br>POB 35480<br>Newark NJ 07193-5480 | 000036 | 170.24 | 0.34 |
| ---------- Remittance Total ---------- | | 15,991.40 | 32.49 |

STEVEN L. SPETH, Trustee